Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
31, 2003









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed July 31, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00803-CV

____________

 

IN RE EDWARD C. HARRISON, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On July 21, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221; see also Tex. R. App. P. 52.  In his petition, relator
seeks to have this court order his release from confinement because the trial
court has violated his right to a speedy trial. 
The petition fails to meet the requirements of Texas Rule of Appellate
Procedure 52.  Moreover, mandamus will
not issue when relator has an adequate remedy at
law.  See Walker v. Packer, 827 S.W.2d 833, 840 (Tex. 1992).

We deny relator=s petition for writ of mandamus.

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed July 31, 2003.

Panel consists of
Chief Justice Brister and Justices Fowler and Edelman.